IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DARRYL DEVON GASTON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | 1:14CV1051 |
| v. | ) | 1:06CR310-1 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## RECOMMENDATION AND ORDER
## OF UNITED STATES MAGISTRATE JUDGE

Petitioner, a federal prisoner, has submitted what the Court treated as a Motion (Docket Entry 140) to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, as well as a Supplement (Docket Entry 141). Although labeled as attempts to expand the record or correct clerical errors, they actually constitute attempts to attack Petitioner's convictions or sentences in this Court. Such an attack must be brought under § 2255, leading the Court to treat the filings as it did. Nevertheless, this Motion and Supplement cannot be further processed because Court records reveal that Petitioner previously attacked the same convictions and sentences in a prior § 2255 Motion [1:11CV728]. Consequently, as the Court previously informed Petitioner, he must move in the Fourth Circuit Court of Appeals for an order authorizing this district court to consider the current Motion. This is required by 28 U.S.C. § 2255 and 28 U.S.C. § 2244. See AO 243 (MDNC 10/07), Instructions, ¶ (4),

which is enclosed. Because of this pleading failure, this particular Motion should be filed and then dismissed.

IT IS THEREFORE RECOMMENDED that this action be filed and then dismissed *sua sponte* for failure to obtain certification for this § 2255 application by filing a Motion for Authorization in the court of appeals as required by 28 U.S.C. §§ 2255 and 2244 and Fourth Circuit Local Rule 22(d).

IT IS THEREFORE ORDERED that the Clerk send Petitioner a copy of this Recommendation, instruction forms for filing § 2255 motions in this Court and Motions for Authorization in the court of appeals, and four copies of § 2255 motion forms (more copies will be sent on request). Petitioner should keep the original and two copies of the § 2255 motion which can be submitted in this Court if Petitioner obtains approval from the Fourth Circuit.

This, the 30th day of December, 2014.

_____
Joe L. Webster
United States Magistrate Judge